UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES FRANK LOWERY,<br><br>              Petitioner,<br><br>    v.<br><br>TIMOTHY WENGLER and THE ATTORNEY GENERAL OF THE STATE OF WASHINGTON,<br><br>              Respondents. | Case No.  C08-5302 BHS/KLS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

    Petitioner's application for leave to proceed *in forma pauperis* (Dkt. # 1) is **GRANTED**.  Petitioner does not appear to have funds available to afford the $5.00 filing fee.

    The Clerk is directed to mail a copy of this Order to Petitioner.

    DATED this 16th day of May, 2008.

                                          Karen L. Strombom
                                          United States Magistrate Judge

ORDER
Page - 1