1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

6

CHARLES FRANK LOWERY,

7

Petitioner,

8

v.

Case No. C08-5302 BHS/KLS

9
10

TIMOTHY WENGLER and THE
ATTORNEY GENERAL OF THE STATE
OF WASHINGTON,

ORDER ADOPTING
REPORT AND
RECOMMENDATION AND
DENYING MOTION FOR
EVIDENTIARY HEARING
WITHOUT PREJUDICE

11

Respondents.

12
13       The Court having reviewed the Report and Recommendation (Dkt. 6) of the Hon.

14   Karen L. Strombom, United States Magistrate Judge, Petitioner's objections to the Report

15   and Recommendation (Dkt. 7), Petitioner's Motion for Evidentiary Hearing (Dkt. 7), and the

16   remaining record, does hereby find and Order:

17       (1)   The Court adopts the Report and Recommendation (Dkt. 7);

18       (2)   The petition (Dkt. # 1) is **TRANSFERRED TO THE NINTH CIRCUIT AS A SECOND OR SUCCESSIVE PETITION.**

19
20       (3)   The clerk is directed to send copies of this Order to Petitioner and to the Hon. Karen L. Strombom **AND TO ADMINISTRATIVELY CLOSE THIS FILE.**

21
22       (4)   Petitioner's Motion for Evidentiary Hearing (Dkt. 7) is **DENIED without prejudice** pending a decision by the Ninth Circuit as to whether Petitioner may proceed with his petition.

23       DATED this 23rd day of June, 2008.

24
25
26       BENJAMIN H. SETTLE
         United States District Judge
27
28   ORDER